# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

17 State Street • New York, NY 10004

212.425.9300 • fax 212.425.9337

www.bressler.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/11



David H. Pikus
Member

Ext. 2620
dpikus@bressler.com

**MEMO ENDORSED**

December 23, 2010

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   In re AOL Time Warner, Inc. ERISA Litigation
      No. 02 Civ. 8853 (SWK)

Dear Judge McMahon:

As the Court may recall, I served as the Special Master to review the fee applications in several AOL matters, including the derivative action over which you presided after Judge Kram's passing. I am forwarding concurrently my application for compensation in the derivative action, in accordance with Judge Kram's order.

At the time of her death, I had not submitted my fee application on account of the services I performed in the ERISA litigation. Given that Your Honor has been assigned the AOL matters, and it appearing from the docket that there are no relevant appeals pending and that no further work on my part is necessary, I am enclosing herewith my compensation application in the ERISA matter. As noted in the application, counsel were apprised at their request of my fee computation and have actually sent a check. Nevertheless, I believe that, pursuant to Rule 53, I should obtain Court approval before the funds are accepted. If Your Honor would prefer that I submit the application via a formal motion or in some other way, please let me know.

Please accept my gratitude for your consideration and my best wishes for the holidays and the new year.

Respectfully yours,

David H. Pikus

DHP/1
Enc.

1/3/2011
If anyone objects to Mr. Pikus' fee request, he/she has 10 days from to make [known] [illegible handwritten endorsement]

New Jersey  •  New York  •  Florida

BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

Hon. Colleen McMahon
December 23, 2010
Page 2

cc (w/enc.):	Edwin Mills, Esq.
	Robert Izard, Esq.
	Joseph Meltzer, Esq.
	Stephen Tsai, Esq.