# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| ALLEN FINKELSON | SUSAN WEBSTER | WORLDWIDE PLAZA | MARK I. GREENE | TEENA-ANN V. SANKOORIKAL |
| STUART W. GOLD | DAVID MERCADO | 825 EIGHTH AVENUE | SARKIS JEBEJIAN | ANDREW R. THOMPSON |
| JOHN W. WHITE | ROWAN D. WILSON | NEW YORK, NY 10019-7475 | DAVID R. MARRIOTT | DAMIEN R. ZOUBEK |
| EVAN R. CHESLER | PETER T. BARBUR | | MICHAEL A. PASKIN | LAUREN ANGELILLI |
| MICHAEL L. SCHLER | SANDRA C. GOLDSTEIN | TELEPHONE: (212) 474-1000 | ANDREW J. PITTS | TATIANA LAPUSHCHIK |
| RICHARD LEVIN | THOMAS G. RAFFERTY | FACSIMILE: (212) 474-3700 | MICHAEL T. REYNOLDS | ERIC L. SCHIELE |
| KRIS F. HEINZELMAN | MICHAEL S. GOLDMAN | | ANTONY L. RYAN | ALYSSA K. CAPLES |
| B. ROBBINS KIESSLING | RICHARD HALL | | GEORGE E. ZOBITZ | JENNIFER S. CONWAY |
| ROGER D. TURNER | JULIE A. NORTH | | GEORGE A. STEPHANAKIS | MINH VAN NGO |
| PHILIP A. GELSTON | ANDREW W. NEEDHAM | CITYPOINT | DARIN P. MCATEE | KEVIN J. ORSINI |
| RORY O. MILLSON | STEPHEN L. BURNS | ONE ROPEMAKER STREET | GARY A. BORNSTEIN | |
| RICHARD W. CLARY | KEITH R. HUMMEL | LONDON EC2Y 9HR | TIMOTHY G. CAMERON | |
| WILLIAM P. ROGERS, JR. | DANIEL SLIFKIN | TELEPHONE: 44-20-7453-1000 | KARIN A. DEMASI | |
| JAMES D. COOPER | JEFFREY A. SMITH | FACSIMILE: 44-20-7860-1150 | LIZABETHANN R. EISEN | SPECIAL COUNSEL |
| STEPHEN L. GORDON | ROBERT I. TOWNSEND, III | | DAVID S. FINKELSTEIN | |
| DANIEL L. MOSLEY | WILLIAM J. WHELAN, III | | DAVID GREENWALD | SAMUEL C. BUTLER |
| PETER S. WILSON | SCOTT A. BARSHAY | WRITER'S DIRECT DIAL NUMBER | RACHEL G. SKAISTIS | GEORGE J. GILLESPIE, III |
| JAMES C. VARDELL, III | PHILIP J. BOECKMAN | | PAUL H. ZUMBRO | |
| ROBERT H. BARON | ROGER G. BROOKS | | JOEL F. HEROLD | |
| KEVIN J. GREHAN | WILLIAM V. FOGG | (212) 474-1084 | ERIC W. HILFERS | |
| STEPHEN S. MADSEN | FAIZA J. SAEED | | GEORGE F. SCHOEN | |
| C. ALLEN PARKER | RICHARD J. STARK | | ERIK R. TAVZEL | OF COUNSEL |
| MARC S. ROSENBERG | THOMAS E. DUNN | | CRAIG F. ARCELLA | PAUL C. SAUNDERS |

DATE FILED: 6/17/11

**MEMO ENDORSED**

June 14, 2011

In re AOL Time Warner ERISA Litigation
No. 02 CV 8853

Dear Judge McMahon:

      I am counsel to defendants in the above-captioned matter, and I write in response to an inquiry from Your Honor's Chambers regarding the status of the litigation. I have consulted with counsel for plaintiffs, and all parties agree that there no longer remain any outstanding issues for decision in the case, and that the matter may be closed. For the Court's reference, a final judgment was entered by Judge Kram on September 27, 2006, and the last outstanding collateral matter was resolved by an Opinion and Order entered by Judge Kram on April 9, 2008.

      I am available at the Court's convenience to answer any questions.

Respectfully,

Gary A. Bornstein

Hon. Colleen McMahon
   United States District Judge
      Daniel Patrick Moynihan United States Courthouse
      500 Pearl Street
         New York, NY 10007-1312

BY FIRST-CLASS MAIL

[handwritten endorsement, signed by Colleen McMahon, 6/16/11]

Copies to:

Edwin J. Mills, Esq.
   Stull, Stull & Brody
      6 East 45th Street
         New York, NY 10017

Robert A. Izard, Esq.
   Izard Nobel LLP
      29 South Main Street, Suite 215
         West Hartford, CT 06107

Joseph H. Meltzer, Esq.
   Kessler Topaz Meltzer & Check, LLP
      280 King of Prussia Road
         Radnor, PA 19087

BY FIRST-CLASS MAIL